**MARQUETTE, Movant, v. ELIAS, Opposed.**

Court of Appeals of Kentucky.

(Decided Sept. 28, 1937.)

H. O. WILLIAMS for movant.

HAGAN & HAGAN and A. M. MARRET, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

**GROSS, Movant, v. COMMONWEALTH, Opposed.**

Court of Appeals of Kentucky.

(Decided Oct. 15, 1937.)

FORESTER & SHEHAN for movant.

HUBERT MEREDITH, Attorney General, and W. OWEN KELLER, Assistant Attorney General, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.

**DAVIS, Movant, v. RITCHEY'S EX'R, Opposed.**

Court of Appeals of Kentucky.

(Decided Oct. 22, 1937.)

W. TANNER OTTLEY for movant.

ROLLIN HURT and J. C. CARTER, opposed.

PER CURIAM.

Appeal denied. Judgment affirmed.